Sheila M. Salomon, SBN 164619
Andrew L.Y. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:    415.391.0281
ssalomon@shb.com, achang@shb.com

**E-filed 9/9/05**

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; ARISTA RECORDS LLC; AND UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN BRIDGES,<br><br>    Defendant. | Case No. C05-2585 JF<br><br>**NOTICE OF DISMISSAL**<br> AND ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs MAVERICK RECORDING CO.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; ARISTA RECORDS LLC; AND UMG RECORDINGS, INC. hereby voluntarily dismiss the above-captioned matter with prejudice.

Dated: September 7, 2005                SHOOK, HARDY & BACON L.L.P.


By:     ___/s/ Sheila M. Salomon_____
        SHEILA M. SALOMON

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; ARISTA RECORDS LLC; AND UMG RECORDINGS, INC.

9/9/05 IT IS SO ORDERED.            Judge Jeremy Fogel /s/electronic signature authorized
                                    United States District Court